LOUIS S. ROBBINS, RESPONDENT, *v.* FREDERIC J. FERRIS, APPELLANT.

*Final order — leave to renew motion — effect of, on first order.*

Where, after an order has been made denying a motion, leave to renew the motion upon additional facts is granted, the first order is no longer appealable. The order made upon the renewed motion is to be treated as the final order of the court, and is alone appealable.

APPEALS from two orders made at the Special Term, denying a motion to vacate an order of arrest.

*James Clark*, for appellant.   *Thos. M. Wyatt*, for respondent.

Opinion by DAVIS, P. J.

BRADY and DANIELS, JJ., concurred.

Second order affirmed, with ten dollars costs, besides disbursements, and appeal from first order dismissed, without costs.